UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARRY BARTON,  
        Petitioner,  
   v.  
ROBERT WONG, warden,  
        Respondent.

No. C 10-4556 SI (pr)

**JUDGMENT**

The petition for writ of habeas corpus is denied.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 26, 2011

                                          SUSAN ILLSTON  
                                     United States District Judge